340

93 P.3d 1056

**STATE of Arizona**

v.

**Eric Glynn WHITLEY**

**No. CR–04–0126–PR.**

Supreme Court of Arizona.

June 30, 2004.

The following action was taken by the Supreme Court of the State of Arizona on June 29, 2004, in regard to the above-referenced cause:

ORDERED: The State of Arizona's Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.